IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.<br><br>Defendants. | C.A. No. 20-cv-18328-BRM-DEA |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

SO STIPULATED:

| | |
|---|---|
| _/s/ William A. Rakoczy_____ | _/s/ Robert D. Rhoad_____ |
| William A. Rakoczy | Robert D. Rhoad |
| Tara Mythri Raghavan | Dechert LLP |
| Rakoczy Molino Mazzochi Siwik LLP | 502 Carnegie Center, Suite #104 |
| 6 West Hubbard Street | Princeton, NJ 08540 |
| Suite 500 | Tel: 609-955-3200 |
| Chicago, IL 60654 | robert.rhoad@dechert.com |
| Tel: 312-527-2157 | |
| traghavan@rmmslegal.com | *Attorneys for Plaintiffs* |
| | *Par Pharmaceutical Inc.* |
| *Attorneys for Defendants* | *Par Sterile Products, LLC* |
| *Dr. Reddy's Laboratories, Inc. and Dr.* | *Endo Par Innovation Company, LLC* |
| *Reddy's Laboratories, Ltd..* | |

SO ORDERED this  1st  day of January 2021

_____ /s/ Brian R. Martinotti _____

Hon. Brian R. Martinotti, United States District Judge